# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2021

## NO. 03-20-00560-CV

**Steve Person, Jim Walesa, and Trident Healthcare Properties I, LP, Appellants**

**v.**

**MC-Simpsonville, SC-1-UT, LLC, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND JONES
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on October 21, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portion of the trial court's judgment awarding attorney's fees to MC-Simpsonville and remands the cause to the trial court for a redetermination of such fees. We affirm the trial court's judgment in all other respects. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.